UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANISLAUS CUSTODIAL DEPUTY
SHERIFFS' ASSOCIATION dba
Stanislaus County Deputy
Sheriffs' Association,

        NO. CIV. S-09-3128 LKK/JFM

    Plaintiff,

  v.

        O R D E R

DEPUTY SHERIFF'S ASSOCIATION
OF STANISLAUS COUNTY; VINCE
BIZZINI, and DOES 1-10,
inclusive,

    Defendants.

_____/

    Good cause appearing and in accordance with Local Rule 3-120(f), this action is hereby TRANSFERRED to this court's Fresno division. The Clerk is directed to take all necessary action to transfer the case to the Fresno division. The scheduling conference currently set for February 1, 2010 at 10:30 a.m. is VACATED.

    IT IS SO ORDERED.

    DATED: November 12, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT